United States Magistrate Court
Southern District of Texas
FILED
NOV 29 2005
Michael N. Milby, Clerk
Laredo Division

U.S. MAGISTRATE COURT
MCN - SDTX
FILED
NOV 28 2005
Michael N. Milby, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

UNITED STATES OF AMERICA, §

VS. § CRIMINAL NO. L-05-_____

Ray L. Amesquita § 

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to the Federal Rule of Criminal Procedure 10(b) the Defendant, Ray Lorenzo Amesquita affirms that he/she has been charged via indictment or misdemeanor information, has received a copy of the indictment or information, hereby pleads not guilty to the charges contained therein, requests a jury trial and waives appearance at the arraignment scheduled in this case for Thurs. Dec. 1, 2005 at 8am.

Respectfully submitted, this 28th day of November, 2005.

_____
Signature of Defendant

_____
Attorney for Defendant

## ORDER

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment above, the Court:

☒ accepts the Defendant's waiver, excuses his attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____.

☐ rejects the Defendant's waiver and requires him to attend the arraignment scheduled in this case.

DONE at Laredo, Texas, this 29th day of Nov., 2005.

_____
ADRIANA ARCE-FLORES
United States Magistrate Judge